IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  July 1, 2015 |
| Court Reporter:       Gwen Daniel | Probation: MariJo Paul and |
| Time: forty-five minutes | Nicole Peterson |

_____

Criminal Action No. 15-cr-0066-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Celeste Rangel

    Plaintiff,

v.

STEPHAN ANTHONY KACZMAREK-                 Edward Harris
JOHNSON,

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

02:30 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Rangel

Sentencing Statement by Mr. Harris

The Court addresses the Defendant's Motion for Below Guideline Sentence [33]

1

Argument by Mr. Harris

Argument by Ms. Rangel

Colloquy between the Court and Probation Officer Paul

**ORDERED:  The Defendant's Motion for Below Guideline Sentence [33] is GRANTED IN PART.**

Defendant's Allocution

> Defendant plead guilty to Count 1 of the Indictment on April 13, 2015.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Stephan Anthony Kaczmarek-Johnson, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 15 months.**

**ORDERED:  Defendant shall pay a Fine of $500 into the Crime Victims Fund.**

**ORDERED:  Interest on the Fine amount is WAIVED.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:  Upon release from imprisonment three defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall pay the Fine and Special Assessment in accordance with the Schedule of Payments sheet set forth in the Court's Judgment.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

**1.   The defendant shall participate in and he successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

**2.   The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating health care provider. The defendant shall cooperate with random blood tests as requested by his treating health care provider and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

**3.   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**4.   If the defendant is unable to secure housing at an Oxford House at the time he is released from custody, he shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days, and shall observe the rules of that facility. The defendant may be released from the Residential Reentry Center early with the permission of his Probation Officer if he secures a**

3

        **suitable residence.**

**ORDERED:**     **In addition to the Fine of $500, the defendant shall pay the Special Assessment fee of $100, which is due and payable immediately.**

The Court addresses voluntary surrender.

The Government does not objection to voluntary surrender.

The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

    **IT IS THEREFORE ORDERED that the defendant, Stephan Kaczmarek-Johnson, surrender at the institution designated by the Bureau of Prisons on August 5, 2015 at 12:00 noon.  In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

03:15 p.m.    Court in Recess
                Hearing concluded